STEVEN D. RUBIN (Bar No. 149975)
steve@rubinattorneys.com
THE LAW OFFICE OF STEVEN D. RUBIN
A PROFESSIONAL CORPORATION
1912 Broadway, Suite 105
Santa Monica, California 90404
Tel. (310) 453-7812
Fax. (310) 496-1686

Attorney for Plaintiff,
Zyppah, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ZYPPAH, INC., a Nevada corporation,<br><br>         Plaintiff,<br><br>v.<br><br>ZYPPAH DIRECT, an unknown business entity, and DOES 1 TO 50, inclusive,<br><br>         Defendants. | CASE NO.:<br><br>**PLAINTIFF ZYPPAH, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Zyppah, Inc., a Nevada corporation ("Zyppah") states that it does not have any

///

///

---

1

PLAINTIFF ZYPPAH, INC.'S RULE 7.1 DISCLOSURE STATEMENT

0002.1-ZYP (Disclosure Statement)

parent corporation and no publicly held corporation owns any of its stock.

Dated: April 17, 2019

                    LAW OFFICES OF STEVEN D. RUBIN
                    A PROFESSIONAL CORPORATION

                By:___/s/_Steven Rubin_____
                  Steven Rubin, Esq., Attorney
                    for Plaintiff Zyppah, Inc.