# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZYPPAH, INC., a Nevada corporation, | **CASE NO.:** 2:19-cv-03192-DSF-E |
| Plaintiff, | *Honorable Dale S. Fischer* |
| v. | |
| ZYPPAH DIRECT, an unknown business entity, ANTHONY MICHAEL MITCHELL AKA ANTHONY MITCHELL, an individual, and DOES 1 TO 50, inclusive, | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, in consideration of a negotiated settlement executed by them, to the Dismissal with Prejudice of this action, including

## ORDER

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party to bear its own attorney's fees and costs.

Date: November 18, 2021

_____
JUDGE DALE S. FISCHER
UNITED STATES DISTRICT COURT JUDGE